UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin D. West )<br>831 Chatsworth Drive )<br>Accokeek, MD 20607 )<br> )<br>    Plaintiff )<br> )<br>     v. )<br> )<br>John E. Potter, )<br>Postmaster General, U.S. Postal Service )<br>475 L'Enfant Plaza S.W. )<br>Washington, D.C. 20260 )<br>    Defendant )<br> ) | Civil Action No. 08-1018(RJ)<br>Electronic Case Filing |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

   /s/ *Rhonda Fields*
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  **29**[th]  day of **August** 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

> **Kevin West**
> 831 Chatsworth Dr.
> Accokeek, MD 20607

   /s/  *Rhonda Fields*
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
(202) 514-6531